UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACKERY,

Plaintiff,

v.

JOHN DOES,

Defendants.

Case No. 26-cv-00390-JST

**ORDER OF DISMISSAL**

On or about January 14, 2026, Plaintiff filed a *pro se* civil rights complaint with this Court. ECF No. 1.  That same day, the Court informed Plaintiff that the action was deficient because he had neither paid the filing fee nor filed an application to proceed *in forma pauperis*.  ECF No. 2. The Court ordered Plaintiff to submit a complete *in forma pauperis* application by February 11, 2026, and instructed Plaintiff that failure to comply with this deadline would result in the action being dismissed without prejudice.  ECF No. 2.  The deadline has passed and Plaintiff has neither filed an *in forma pauperis* application nor paid the filing fee.  Accordingly, this action is DISMISSED for failure to pay the full filing fee.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED.**

Dated:  March 3, 2026

_____
JON S. TIGAR
United States District Judge